IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MELISSA CIRULLO,
                Plaintiff,

v.

GREAT WOLF LODGE, et al.,
                Defendants.

CIVIL ACTION

NO. 3:20-cv-01149-RDM

FILED
SCRANTON

NOV 12 2021

PER_____
DEPUTY CLERK

**ORDER**

AND NOW, on this 12th day of Nov., 2021, upon consideration of the parties Joint Motion for Extension of Time to Complete Discovery, it is hereby **ORDERED** that said Motion is **GRANTED** and the Deadlines set forth in the Court's February 11, 2021 Order are modified as follows:

1. All fact discovery shall be commenced in time to be completed by **March 20, 2021.**

2. All potentially dispositive motions shall be filed no later **July 30, 2022.**

3. Reports from **Plaintiff's** retained experts shall be due by **March 20, 2022.**

4. Reports from **Defendant's** retained experts shall be due by **May 16, 2022.**

5. Supplementations shall be due by **May 30, 2022.**

6. All expert discovery shall be commenced in time to be completed by **June 30, 2022.**

All other provisions of the February 11 2021, Order remain in effect.

BY THE COURT:

Honorable Robert D. Mariani
USDC M.D.Pa., District Judge